ACCEPTED
14-15-00354-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 2:10:18 PM
CHRISTOPHER PRINE
CLERK

# No. 14-15-00354-CV

### *In the*

### *Fourteenth Court of Appeals*

### *Houston, Texas*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 2:10:18 PM
CHRISTOPHER A. PRINE
Clerk

_____

**PETROFAC FACILITIES MANAGEMENT
INTERNATIONAL LIMITED, AND
PETROFAC BROWNFIELD, LTD.**

*Appellants*

v.

**IMMI TURBINES, INC.**

*Appellee*

---

## AMENDED JOINT MOTION TO VACATE
## AND REMAND TO EFFECT SETTLEMENT

---

## TO THE HONORABLE COURT OF APPEALS:

The parties have agreed to settle their differences, including all litigated claims and issues. To effectuate this settlement, it is necessary to vacate the district court's special-appearance ruling and remand for further proceedings.

Accordingly, Petrofac Facilities Management International Limited and IMMI Turbines, Inc., being all the parties to this suit[1], jointly ask the Court to: (1) vacate the special-appearance ruling that underlies this appeal and (2) remand the cause to the district court, for further proceedings, as agreed by the parties. Of course, the parties further request all other relief, alternative or supplemental, that might be necessary to properly effect the agreed remand and settlement.

Respectfully submitted,

  /s/ Greg Smith
**Greg Smith**
State Bar No. 18600600
**Nolan Smith**
State Bar No. 24075632
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:   (903) 597-2413
gsmith@rameyflock.com
nolans@rameyflock.com

**David J. Bush**
State Bar No. 03495300
**David W. Frost**
State Bar No. 24002111
**KENT, ANDERSON, BUSH,
    FROST & METCALF, P.C.**
1121 ESE Loop 323, Suite 200
Tyler, TX 75701
Telephone:  (903)579-7500
Facsimile:    (903)581-3701
david.bush@tyler.net

**ATTORNEYS FOR APPELLANTS**

---

[1] Petrofac Brownfield, Ltd. (which IMMI has nonsuited) was never more than an assumed name that the defendant, Petrofac Facilities Management International Limited, once operated under. *See* Appellants' Brief at 2.

**CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY**

/s/ Kevin D. Jewell
**Kevin D. Jewell**
State Bar No. 00787769
**C. Larry Carbo, III**
State Bar No. 24031916
**Ryan O. Cantrell**
State Bar No. 24055259
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

**ATTORNEYS FOR APPELLEE**

## Certificate of Conference

This amended motion is unopposed and is filed jointly.

## Certificate of Service

A true copy of this amended motion was served October 22, 2015, via CM ECF, on all counsel of record.

/s/ Greg Smith
**Greg Smith**